754 A.2d 553

IN THE MATTER OF ROBERT ROVNER,
AN ATTORNEY AT LAW.

July 19, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **ROBERT ROVNER** of **FEASTERVILLE, PENNSYLVANIA**, a member of the Pennsylvania bar who has consented to the jurisdiction of this Court, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), and *RPC* 5.1(b) (failure to supervise attorneys), which misconduct occurred while respondent served as the managing partner of a Pennsylvania law firm with a New Jersey practice, and good cause appearing;

It is ORDERED that **ROBERT ROVNER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file maintained within this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.